435 A.2d 1337

Vucelich v. Vucelich, Jr., Appellant.

Argued June 10, 1980.   Hans E. Solum, Jr., for appellant;   David D. Morrison, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.